UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA W. GABBRIELLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QI HUAN RUAN,<br><br>　　　　Defendant. | Case No.  14-cv-00277-MEJ<br><br>**ORDER TO SHOW CAUSE** |

　　On November 4, 2014, Defendant Qi Huan Ruan filed a Notice of Settlement, stating that this case has been settled and requesting 60 days to file a stipulation for dismissal.  However, as no dismissal had been filed within 60 days, the Court ordered the parties to file a stipulation for dismissal or joint status report by January 27, 2015.  No response has been received.

　　Accordingly, the Court hereby ORDERS Plaintiff Tina W. Gabbrielli to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by February 18, 2015.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on March 5, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  <u>Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed.</u>  Thus, it is imperative that the Court receive a written response by the deadline above.

　　**IT IS SO ORDERED.**

Dated: February 2, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TINA W. GABBRIELLI,

    Plaintiff,

    v.

QI HUAN RUAN,

    Defendant.

Case No. 14-cv-00277-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/2/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tina W. Gabbrielli
411 Hillwood Avenue
Falls Church, VA 22046

Dated: 2/2/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES