UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA W. GABBRIELLI, | Case No. 14-cv-00277-MEJ |
| Plaintiff, | |
| v. | **CONDITIONAL DISMISSAL** |
| QI HUAN RUAN, | |
| Defendant. | |

The Court having been advised that the parties have agreed to a settlement of this case, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.  However, if any party hereto shall certify to this Court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.  The Clerk of Court shall close the file.

If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with prejudice.**

**IT IS SO ORDERED.**

Dated: February 24, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA W. GABBRIELLI,<br><br>    Plaintiff,<br><br>    v.<br><br>QI HUAN RUAN,<br><br>    Defendant. | Case No.  14-cv-00277-MEJ<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 2/24/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tina W. Gabbrielli
411 Hillwood Avenue
Falls Church, VA 22046


Dated: 2/24/2015

                              Richard W. Wieking
                              Clerk, United States District Court


                              By:_____
                              Chris Nathan, Deputy Clerk to the
                              Honorable MARIA-ELENA JAMES